UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>WESLEY DILLON,<br><br>  Defendant. | Case No. MJ24-365<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3143(a)(1), and finds that the defendant has not met his burden of establishing clear and convincing evidence he will not flee or pose a danger to any other person or to the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)   Defendant appears on a warrant for violation of supervise release violations from the District of South Dakota. The Court reviewed the pretrial services report as well as the presentence report prepared by the District of South Dakota on November 15, 2019. The defendant is viewed as a risk of nonappearance based on his history of supervision noncompliance and absconding supervision, substance use, and pattern of escape convictions. Additionally, the defendant is viewed as a risk of nonappearance based on his most recent unknown whereabouts and concerns related to him truly residing at his mother's home. The

DETENTION ORDER - 1

defendant is viewed as a risk of danger based on the nature of the instant offense, allegations of potential new violent criminal conduct while on supervision, and a pattern of similar criminal activity.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending further Court order;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of June, 2024.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2